# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**KEVIN GENE SCHIMEROWSKI** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: CR 12-4082-1-MWB<br>USM Number: 09209-030<br><br>John P. Greer<br>Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation(s)    1, 2, 3, 4, 5, and 6    of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Association with Persons Engaged in Criminal Activity | September 3, 2012 |
| 2 | Unauthorized Travel Outside District | September 3, 2012 |
| 3 | Use of a Controlled Substance | November 8, 2012 |
| 4 | Law Violation | January 8, 2013 |
| 5 | Failure to Notify USPO of Contact with Law Enforcement | January 11, 2013 |
| 6 | Failure to Maintain Employment | November 2012 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____ .

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 19, 2013
Date of Imposition of Judgment

*Mark W. Bennett* (signature)
Signature of Judge

Mark W. Bennett, U.S. District Judge
Name and Title of Judge

12.23.13
Date

DEFENDANT: **KEVIN GENE SCHIMEROWSKI**
CASE NUMBER: **CR 12-4082-1-MWB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>**46 months, with 40 months to run concurrent and 6 months to run consecutive with the sentence imposed in CR 13-4038-1-MWB.**</u>

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: KEVIN GENE SCHIMEROWSKI
CASE NUMBER: CR 12-4082-1-MWB

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **No Term of Supervised Release shall be reimposed.**